**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ROBERTO CARMONA, also known as
Roberto Contreras,

                Petitioner,

      -against-

UNITED STATES OF AMERICA,
                Respondent.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

19 **CIVIL** 6564 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 28, 2020, the Court has thus reviewed the

Report for clear error and finds none. The Court agrees completely with Judge Aaron's well-

reasoned Report and it has adopted its reasoning by reference. Accordingly, the petition is

DISMISSED sua sponte. Further, Carmona's motion to add the State of New York as a

respondent is denied as moot; accordingly, the close is closed.

**Dated:** New York, New York
      January 29, 2020

                      **RUBY J. KRAJICK**

                      **Clerk of Court**

      **BY:**

                      **Deputy Clerk**